IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:23cr187-MHT
                            )            (WO)
COREY JEROME BURROUGHS      )
```

OPINION AND ORDER

Defendant Corey Jerome Burroughs moved to suppress evidence found as a result of a search of his vehicle during a traffic stop.  This case is before the court on the recommendation of the United States Magistrate Judge that Burroughs's motion to suppress be denied.  Also before the court are Burroughs's objections to the recommendation.  Upon an independent and de novo review of the record, it is ORDERED as follows:

(1) The objections (Doc. 44) are overruled.

(2) The recommendation of the United States Magistrate Judge (Doc. 43) is adopted.

(3) The motion to suppress (Doc. 36) is denied.

DONE, this the 12th day of September, 2023.

                                      /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE