IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )     CRIMINAL ACTION NO.
     v.                      )        2:23cr187-MHT
                             )            (WO)
COREY JEROME BURROUGHS       )
```

ORDER

This cause is before the court on the unopposed motion to continue trial filed by defendant Corey Jerome Burroughs.  For the reasons set forth below, the court finds that jury selection and trial, now set for October 16, 2023, should be continued pursuant to 18 U.S.C. § 3161.

While the granting of a continuance is left to the sound discretion of the trial judge, *see United States v. Stitzer*, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161.  The Act provides in part:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in

which such charge is pending, whichever date last occurs."

§ 3161(c)(1). The Act excludes from the 70-day period a continuance granted based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." § 3161(h)(7)(A). In granting a continuance under subsection (h)(7)(A), the court may consider, among other factors, whether the failure to grant such a continuance "would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." § 3161(h)(7)(B)(iv).

The court concludes that, in this case, the ends of justice served by granting a continuance outweigh the interest of the public and Burroughs in a speedy trial. Burroughs's counsel represents that, considering the significant discovery in this case and the court's recent denial of Burroughs's motion to suppress, more

2

time is needed to prepare an effective defense. Burroughs's counsel further represents that the parties are engaged in negotiations that may resolve this matter before trial and that the continuance is also sought to accommodate this effort.  The court sees no evidence of a lack of diligence on defense counsel's part.

A continuance is warranted to enable Burroughs adequate time to prepare effectively for trial and to allow both parties the opportunity to fully explore pre-trial settlement options.  The government does not oppose the motion to continue.

*** 

Accordingly, it is ORDERED as follows:

(1) The unopposed motion to continue trial (Doc. 46) is granted.

(2) The jury selection and trial, now set October 16, 2023, are reset for November 13, 2023, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson, Jr.

3

United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The United States Magistrate Judge shall postpone the deadline for change of plea and any other appropriate deadlines accordingly.

DONE, this the 15th day of September, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

4