IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION NO. |
| v.      ) | 2:23cr187-MHT |
| ) | (WO) |
| COREY BURROUGHS ) | |

ORDER

The court having found at the hearing on October 30, 2024, that defendant Corey Burroughs is knowingly and voluntarily withdrawing his guilty plea, and the government having indicated at the status conference on October 29, 2024, that it does not object to the withdrawal, see *United States v. Glover*, No. 23cr58-MHT, 2024 WL 1759174 (M.D. Ala. Apr. 24, 2024), it is ORDERED that:

(1) Defendant Corey Burroughs's motion to withdraw his plea of guilty (Doc. 101) is granted.

(2) Defendant Burroughs's guilty plea, entered on November 13, 2023, is withdrawn.

(3) This case will proceed to jury selection and trial.

DONE, this the 30th day of October, 2024.

                                         /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**