**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **CRIMINAL ACTION NO.** |
| **v.** ) | **2:23cr187-MHT** |
| ) | **(WO)** |
| **COREY JEROME BURROUGHS** ) | |

**ORDER**

In light of the consent filed by the parties (Doc. 106), it is ORDERED that this action is referred to the U.S. Magistrate Judge for the selection of the jury pursuant to 28 U.S.C. § 636(b)(3) and Local Rule 72.2.  *See Peretz v. United States*, 501 U.S. 923 (1991).  Any appeal of a decision of the magistrate judge made during jury selection will be heard by the court of appeals, not the district judge.

DONE, this the 31st day of October, 2024.

                                                 /s/ Myron H. Thompson
                                         **UNITED STATES DISTRICT JUDGE**