IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:23cr187-MHT** |
| | ) | **(WO)** |
| **COREY JEROME BURROUGHS** | ) | |

**ORDER**

The court wishes to hear from the parties on two issues in advance of the trial, with the defendant present. First, the court wishes to discuss and obtain clarification of the potential sentence exposure if the defendant were convicted of the offenses alleged in the indictment. (The limits of punishment (Doc. 18) filed by the government appears to be at least partially incorrect.) Second, the court wishes to discuss which issues the jury will need to determine, *e.g.*, the amount of drugs involved in the offenses and the prior conviction alleged in the indictment.

Accordingly, it is ORDERED that a hearing is set for November 6, 2024, at 9:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson, Jr. United States Courthouse

Complex, One Church Street, Montgomery, Alabama to discuss the above issues. The United States Marshal shall ensure the presence of the defendant at the hearing.

Counsel are advised <u>to review in detail</u> again the relevant statutory sentencing provisions, for, at the hearing, the court will go over those provisions in detail.

DONE, this the 31st day of October, 2024.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**