```
     IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

         MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA     )
                             )     CRIMINAL ACTION NO.
    v.                       )        2:23cr187-MHT
                             )             (WO)
COREY JEREMAINE BURROUGHS    )
```

ORDER

By agreement of the parties made in open court on November 6, 2024, it is ORDERED as follows:

(1) The motion to strike forfeiture allegation (Doc. 40) is granted, and the forfeiture allegation is struck from the indictment (Doc. 17).

(2) The motion to correct the original indictment (Doc. 112) is granted.

(3) The original indictment (Doc. 17) is corrected in counts one and two to reflect the year of "2023" rather than "2021."

(4) The defendant's name in current and future filings is corrected to read "Corey Jeremaine Burroughs" rather than "Corey Jermaine Burroughs" or "Corey Jerome Burroughs."

(5) The clerk of the court is to correct the docket sheet to reflect that defendant's correct name is "Corey Jeremaine Burroughs."

(6) The government's oral motion to strike the allegations in counts one and two of the original indictment regarding "a final conviction for a serious violent felony," etc., is granted, and the paragraphs in count one and count two starting with the words "Before COREY JERMAINE BURROUGHS committed the offense" are struck from the indictment.

(7) The clerk of the court is to file the "Corrected Indictment" (Doc. 112-1) on the docket.

(8) The government is not pursuing the mandatory minimum as to count two in these proceedings.

DONE, this the 6th day of November, 2024.

                                          /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE