IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:23cr187-MHT
                            )           (WO)
COREY JEREMAINE BURROUGHS   )
```

## ORDER

It is ORDERED that defendant Corey Jeremaine Burroughs's motion in limine (Doc. 118) is denied for two reasons: (1) it was not timely, *see* Pretrial Conference Order (Doc. 35) (requiring that motions in limine be filed two weeks before jury selection and that responses be filed one week before jury selection); and, alternatively, (2) based on Rules 401, 403, and 404 of the Federal Rules of Evidence, for the reasons stated in open court on November 18, 2024.

DONE, this the 19th day of November, 2024.

                                       /s/ Myron H. Thompson  
                               UNITED STATES DISTRICT JUDGE