IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:23cr187-MHT** |
| | ) | **(WO)** |
| **COREY JEREMAINE BURROUGHS** | ) | |

**SUPPLEMENTAL ORDER ON SUPERVISED RELEASE**

In accordance with the special conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Within 14 days of the commencement of supervised release, the supervising probation officer shall file a notice with the court, and shall ensure that counsel for the parties receive notice, that the defendant has been released from federal custody and has begun supervision.

(2) Within 60 days of the commencement of supervised release if the defendant finished the term of incarceration in a residential reentry center, or within 100 days of commencement of supervision if the defendant was released straight from a prison, the supervising probation officer shall file with the court

the probation department's completed assessment of the defendant,\* and shall file a request to set an in-person status conference with the defendant to discuss: the conditions of supervision; the need, if any, for modifications to the conditions of supervision in light of the defendant's current circumstances; and what type of mental-health or other evaluations, if any, are needed.

(3) At the conference, the court will also discuss how any previously ordered evaluations should be conducted. However, should the probation department see an immediate need for any evaluations to take place prior to the conference, it need not wait.

DONE, this the 9th day of June, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

---

\* If the probation department needs additional time to file the assessment, it should file a request for such.

2